IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHIEFTAIN ROYALTY COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-29-KEW |
| | ) | |
| **XTO ENERGY INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter comes before the Court upon Class Representative's Motion to File Exhibit Under Seal [Doc. No. 242].

IT IS THEREFORE ORDERED that Class Representative's Motion to File Exhibit Under Seal [Doc. No. 242] is GRANTED.

IT IS SO ORDERED this 27th day of July, 2018.

_____
KIMBERLY E. WEST
United States Magistrate Judge